IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JACK JORY,

      Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D15-4365

Opinion filed March 2, 2016.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Jack Jory, pro se, Appellant.

Norman A. Blessing, General Counsel, Louis A. Gutierrez, Assistant Court Chief, and Katie E. Sabo, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.

PER CURIAM.

      Appellee's motion to relinquish jurisdiction is treated as a confession of error. We quash the final order and remand for further proceedings.

WETHERELL, RAY, and OSTERHAUS, JJ., CONCUR.